# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
## CIVIL ACTION NO. 1:07CV-00144-JHM

PHILLIP WAYNE YORK                                             PETITIONER

VS.

ARVIL K. CHAPMAN, Warden                                      RESPONDENT

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that York's petition for writ of habeas corpus is DENIED and that a Certification of Appealability is DENIED as to the claims asserted in Grounds 1, 2, 3, 4, 6 and 7 in the petition.

IT IS FURTHER ORDERED that a Certificate of Appealability is GRANTED as to the claim in Ground 5 that trial counsel rendered ineffective assistance because counsel failed to hire a forensic pathologist.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED as to the additional claims of ineffective assistance of counsel asserted in Ground 5.

Joseph H. McKinley, Jr., Judge
United States District Court

May 23, 2008

Copies to:     Counsel of Record
               Magistrate Judge Goebel